UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY L. LEGGETT,<br><br>                     Plaintiff,<br><br>-against-<br><br>BUCANUAN ONTADA, et al.,<br><br>                    Defendants. | 23-CV-3743 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 6, 2023
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge